UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WINSTON NAJEE REED,<br><br>                    Plaintiff<br><br>        v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>                    Defendants | Case No. 3:23-cv-00656-LRH-CSD<br><br>**ORDER**<br><br>(ECF No. 18) |

On May 2, 2024, this Court ordered Plaintiff to either pay the full $405 filing fee or file a new fully complete application to proceed *in forma pauperis* by June 1, 2024. (ECF No. 11). Plaintiff moves to extend that deadline, arguing that he was recently transferred to Ely State Prison, and the law library supervisor stated it will take about three more weeks for prison officials to provide Plaintiff's financial documents. (ECF No. 18). The Court finds good cause exists to grant Plaintiff **a final extension** of the deadline for him to address the matter of the filing fee.

It is therefore ordered that Plaintiff's motion for an extension of time (ECF No. 18) is granted.

It is further ordered that Plaintiff has **until June 21, 2024**, to either pay the full $405 filing fee or file a new fully complete application to proceed *in forma pauperis* with all three required documents.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order.

The Clerk of the Court is directed to send Plaintiff Winston Reed the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same.

DATED: May 21, 2024



_____
UNITED STATES MAGISTRATE JUDGE