UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WINSTON NAJEE REED,<br><br>    Plaintiff,<br><br>    v.<br><br>CALVIN JOHNSON, et al.,<br><br>    Defendants. | Case No.: 3:23-cv-00656-MMD-CSD<br><br>**ORDER** |

    Pro se plaintiff Winston Reed brings this civil-rights action under 42 U.S.C. § 1983 to redress constitutional violations he claims to have suffered while incarcerated at High Desert State Prison. (ECF No. 1-1). Plaintiff has applied to proceed *in forma pauperis*. (ECF No. 21). **But the application to proceed *in forma pauperis* is incomplete because Plaintiff failed to submit an inmate trust fund account statement for the past six-months with it.** The Court thrice extended the deadline for Plaintiff to either pay the full $405 filing fee or file a complete application to proceed *in forma pauperis* with all three required documents. (ECF Nos. 5, 9, 19). The Court does not find that good cause exists to extend the deadline a fourth time.

    It is therefore ordered that Plaintiff has **until June 21, 2024**, to either pay the full $405 filing fee or file with the Court a copy of the inmate's trust fund account statement for the previous six-month period to complete his application for indigent status.

    Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

DATED THIS 10th day of June 2024.


UNITED STATES MAGISTRATE JUDGE