UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WINSTON NAJEE REED,<br><br>                Plaintiff,<br>     v.<br>CALVIN JOHNSON, *et al.*,<br><br>                Defendants. | Case No. 3:23-cv-00656-MMD-CSD<br><br>ORDER |

In its screening order, the Court denied Plaintiff Winston Reed's motion for leave to file an oversized complaint and dismissed his original complaint without prejudice to his ability to file a properly formatted amended complaint by November 28, 2024. (ECF No. 28.) Before that deadline expired, Reed moved for an extension of 15 days, arguing that riots and demonstrations within the prison have stopped his ability to access legal materials including caselaw and court rules. (ECF No. 30.)

Good cause appearing, it is hereby ordered that Reed's motion for an extension of time (ECF No. 30) is granted, and the deadline for him to file an amended complaint consistent with the Court's screening order is extended to December 23, 2024.

Reed is cautioned that this action will be subject to dismissal without prejudice if he fails to file an amended complaint by December 23, 2024.

DATED THIS 6th Day of December 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE