UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WINSTON NAJEE REED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALVIN JOHNSON, et al.,<br><br>　　　　Defendants. | Case No.: 3:23-cv-00656-MMD-CSD<br><br>**ORDER ON PLAINTIFF'S MOTIONS**<br><br>**(ECF Nos. 38, 39)** |

　　　　Before the Court are Plaintiff Winston Reed's motions for the appointment of counsel, clarifying that he has been transferred to a prison in Virginia and providing his new mailing address, and seeking clarification about whether the Court screened his operative complaint. (ECF Nos. 38, 39). The Court clarifies the following matters. The Court entered its screening order on May 12, 2025, allowing certain claims to proceed, dismissing others without leave to amend, referring this action to the Court's mediation program, and staying it for 90 days to allow the parties an opportunity to settle their differences. (ECF No. 34). The screening order instructed that during the 90-day stay, "no other pleadings or papers may be filed in this case . . . ." (*Id.* at 11). The Court has not yet scheduled a mediation conference in this action. Plaintiff did not receive a copy of the screening order because he was no longer at the address listed with the Court when it was entered, and he had failed to immediately provide the Court his updated address as required by Nevada LR IA 3-1. (*See* ECF 35). And the Court confirms receipt of Plaintiff's belated change-of-address notice.

　　　　It is therefore ordered that Plaintiff's motion for the appointment of counsel (ECF No. 38) is denied without prejudice. If necessary, Plaintiff may refile his motion after the Court lifts the stay of this action.

　　　　It is further ordered that Plaintiff's motion for clarification and to clarify (ECF No. 39) is granted in part as to the clarifications stated above, sending Plaintiff a courtesy copy of

the screening order, and confirming his change-of-address notice; and this motion is denied in all other respects.

The Clerk of Court is directed to update Plaintiff Reed's address on the docket to:

>  Winston Najee Reed, VADOC #1430996
>  3521 Woods Way
>  State Farm, Virginia 23160

The Clerk of Court is further directed to send Plaintiff Reed a courtesy copy of the Court's May 12, 2025, screening order (ECF No. 34) and his corrected first amended complaint (ECF No. 32).

DATED: July 1, 2025

_____
UNITED STATES MAGISTRATE JUDGE