UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WINSTON NAJEE REED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALVIN JOHNSON, et al.,<br><br>　　　　　Defendants. | Case No.: 3:23-cv-00656-MMD-CSD<br><br>**ORDER ON PLAINTIFF'S MOTION<br>and NDOC's NOTICE**<br><br>**(ECF Nos. 41, 42)** |

Before the Court are Plaintiff Winston Reed's motion to clarify and seek clarification and the Nevada Department of Corrections' notice that the Court's July 1, 2025, order erroneously states that Plaintiff's Virginia inmate number is 1430996. (ECF Nos. 41, 42). Plaintiff's motion is denied because it is duplicative and moot. *Compare* ECF No. 39, *with* ECF No. 40, *and* ECF No. 41. Plaintiff is reminded that filing repetitive motions requesting the same relief is a litigation tactic that strains the Court's resources and may subject him to sanctions. *See* ECF No. 2 at 3. The Court confirms that, according to the Virginia Department of Corrections' inmate database, Plaintiff's Virginia inmate number is: 143**6**996.

It is therefore ordered that Plaintiff's motion to clarify and seek clarification (ECF No. 41) is denied.

The Clerk of Court is directed to update Plaintiff Reed's inmate number on the docket to: VADOC #1436996 and resend Plaintiff Reed courtesy copies of the Court's May 12, 2025, screening order (ECF No. 34) and his corrected first amended complaint (ECF No. 32).

DATED: July 9, 2025

_____
UNITED STATES MAGISTRATE JUDGE